IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOREA CGM MEMBERS ASSOCIATION, a non-profit corporation organized and existing under the laws of the Republic of Korea,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | C.A. No. _____<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Korea CGM Members Association has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: February 28, 2024

Of Counsel:

Alexander Rufus-Isaacs
RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Phone: (310) 274-3803
aisaacs@rufuslaw.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*