IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOREA CGM MEMBERS ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., and DOES 1-50, inclusive<br><br>Defendant(s). | Civil Action No. 24-cv-267-GBW<br><br>**RULE 7.1 STATEMENT** |

**DEFENDANT NETFLIX, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Netflix, Inc. ("Netflix") states that it has no parent company and that no publicly held corporation owns 10% or more of Netflix's stock.

-2-

| | |
|---|---|
| *Of Counsel:* | */s/ Chad M. Shandler* |
| | Chad M. Shandler (#3796) |
| Michael J. Gottlieb (*pro hac vice forthcoming*) | Jessica E. Blau (#7163) |
| | RICHARDS, LAYTON & FINGER, P.A. |
| Meryl Conant Governski (*pro hac vice forthcoming*) | One Rodney Square |
| | 920 North King Street, |
| WILLKIE FARR & GALLAGHER LLP | Wilmington, DE 19801 |
| 1875 K Street, N.W. | (302) 651-7700 |
| Washington, DC 20006-1238 | shandler@rlf.com |
| (202) 303-1000 | blau@rlf.com |
| mgottlieb@willkie.com | |
| mgovernski@willkie.com | |
| | *Counsel for Defendant Netflix, Inc.* |

Dated: May 30, 2024