**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

KOREA CGM MEMBERS ASSOCIATION

                Plaintiff,

    vs.

NETFLIX, INC., and DOES 1-50, inclusive

                Defendant(s).

Civil Action No.  24-cv-267-GBW

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to

the approval of the Court, that the deadline by which Defendant Netflix, Inc. must move, answer,

or otherwise respond to the complaint (D.I. 1) is extended through and including July 24, 2024.

| | |
|---|---|
| */s/Michael J. Farnan* | */s/Chad M. Shandler* |
| Brian E. Farnan (#4089) | Chad M. Shandler (#3796) |
| Michael J. Farnan (#5165) | Jessica E. Blau (#7163) |
| Farnan LLP | Richards, Layton & Finger, P.A. |
| 919 N. Market Street, 12th Floor | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 651-7700 |
| mfarnan@farnanlaw.com | shandler@rlf.com |
| | blau@rlf.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: May 30, 2024

SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE