UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOREA CGM MEMBERS ASSOCIATION, a non-profit corporation organized and existing under the laws of the Republic of Korea,<br><br>      Plaintiff,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1–50, inclusive,<br><br>      Defendant. | Civil Action No. 24-cv-267-GBW |

## **DECLARATION OF MERYL GOVERNSKI**

Pursuant to 28 U.S.C. § 1746, I, Meryl Governski declare as follows:

1. I am an attorney at Willkie Farr & Gallagher LLP and am admitted to practice in the District of Columbia and Maryland. I represent Netflix, Inc. ("Netflix") in the above-captioned lawsuit.

2. I am over the age of eighteen and have personal knowledge of the facts in this declaration.

3. Attached as Exhibit A is an updated version of Exhibit 5 from Netflix's Motion to Dismiss and Strike (D.I. 16) that adds a column to reflect verbatim the language Plaintiff used in its Opposition to characterize the related allegedly defamatory content.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 8, 2024, in Washington, D.C.

                                                                                                            /s/ *Meryl Governski*
                                                                                                            Meryl Governski